tion for writ of certiorari to the District Court of the United States for the Western District of Missouri denied. Petitioner *pro se*. *Maurice J. O'Sullivan, Louis D. Frohlich* and *Herman Finkelstein* for the American Society of Composers, Authors & Publishers et al., and *Henry Arthur* for the Music Publisher's Protective Association, respondents.

No. 778. THOMAS FLEXIBLE COUPLING Co. *v.* COMMISSIONER OF INTERNAL REVENUE. January 20, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Austin F. Canfield* for petitioner. *Acting Solicitor General Washington, Sewall Key, Stanley M. Silverberg, Helen Carloss* and *Carlton Fox* for respondent.

No. 779. ELADE REALTY CORP. *v.* UNITED STATES. January 20, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Louis L. Tetelman* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 790. R. R. DONNELLEY & SONS Co. *v.* NATIONAL LABOR RELATIONS BOARD. January 20, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Ernest S. Ballard* for petitioner. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien, Ruth Weyand* and *Marcel Mallet-Prevost* for respondent.